### Jack FENNER, Appellant,
### v.
### The STATE of Texas, Appellee.
No. 28506.

Court of Criminal Appeals of Texas.
Oct. 17, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, 10 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.